

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00405-CV

| | | |
|---|---|---|
| Uneeda Reed | § | From the 67th District Court |
| | § | of Tarrant County (67-259509-12) |
| v. | | |
| | § | May 29, 2014 |
| Cook Children's Medical Center, Inc. | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Uneeda Reed shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By ___/s/ Sue Walker_____
      Justice Sue Walker